```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
DWAYNE FRANCIS,                                       :
                                                      :
                              Plaintiff,              :
                                                      :
              -against-                               :
                                                      :
                                                      :
THE CITY OF NEW YORK, et al.,                         :
                                                      :
                              Defendants.             :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/20/2018__

AMENDED

15-CV-7997 (VSB)

**ORDER OF REFERENCE**

<u>VERNON S. BRODERICK</u>, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| _X_ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

SO ORDERED.

Dated:   September 20, 2018
         New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge