UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2019

| | |
|---|---|
| DWAYNE FRANCIS,<br><br>                Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                Defendants. | **ORDER**<br><br>1:15-CV-7997 (VSB) (KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Plaintiff shall serve a copy of this Court's Report and Recommendation at ECF 263 on Defendants Figueroa and Capella and file affidavits of the same with this Court by no later than **November 21, 2019**.

**SO ORDERED.**

Dated:   November 14, 2019
            New York, New York

                                                          */s/ Katharine H. Parker*
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge