**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DWAYNE FRANCIS,
                    Plaintiffs,

                    15 **CIV** 7997 (VSB) (SLC)

        -against-                  **DEFAULT JUDGMENT**
                                                                               _____

THE CITY OF NEW YORK, et al.,
                    Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That, pursuant to the Court's Order dated May 29, 2020, that Magistrate Judge Parker's Report and Recommendation is adopted in its entirety and Plaintiff's motion for damages is GRANTED. Plaintiff is awarded $27,000 for his loss of liberty and $10,000 for emotional distress and other compensatory damages with respect to his claim of false arrest; $2 in compensatory damages for his claim of malicious prosecution; $1,000 in compensatory damages for his claim of assault; $40,000 in punitive damages in connection with his claims of false arrest and malicious prosecution; and $5,000 in punitive damages in connection with his claim of assault. Defendants Figueroa and Capella shall be jointly and severally liable for these damages, which total $83,002.

**DATED**: New York, New York
              May 29, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                         **Clerk of Court**
                                   **BY**:    *[signature]*
                                                        _____
                                                         Deputy Clerk